**David A. ROBERTS, Plaintiff–Appellant,**

v.

**John NICHOLAS, individually and in his official capacity as Commissioner of Maine Department of Health and Human Services; Peter Walsh, individually and in his official capacity as Commissioner of Maine Department of Health and Human Services; Kevin W. Concannon, individually and in his** official capacity as Commissioner (former) of Maine Department of Health and Human Services; Mark O. Van Valkenburgh, individually and in his official capacity as agent for the Maine Department of Health and Human Services; Ingrid B. Lapointe, individually and in her official capacity as agent for the Maine Department of Health and Human Services; Anne-marie Johnson, individually and in her official capacity as agent for the Maine Department of Health and Human Services; Loretta Dumond, individually and in her official capacity as agent for the Maine Department of Health and Human Services; Maine Department of Health & Human Services, Defendants–Appellees.

No. 07–1472.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 7, 2007.

Decided: Jan. 9, 2008.

David A. Roberts, Appellant Pro Se. Joseph B. Spillman, Assistant Attorney General, Office of the Attorney General of Maryland, Baltimore, Maryland; Christopher Coles Taub, Office of the Attorney General, Augusta, Maine, for Appellees.

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David A. Roberts appeals the district court's order granting Defendants' Fed.

R.Civ.P. 12(b)(6) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Roberts v. Nicholas,* No. 1:04–cv–02039–WDQ (D.Md. Jan. 26, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*